UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STONEWALL INSURANCE COMPANY,

    Plaintiff,

v.     No.

XL REINSURANCE AMERICA INC.,

    Defendant.

05-11798 NG

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Rule 7.3(A) of the Local Rules of the United States District Court for the District of Massachusetts, the Plaintiff, Stonewall Insurance Company has no parent, affiliated or subsidiary corporations that have issued stock or debt securities to the public.

STONEWALL INSURANCE COMPANY,
By its attorneys,

Kevin J. O'Connor   BBO 555248
Michael S. Batson   BBO 648151
HERMES, NETBURN, O'CONNOR
    & SPEARING, P.C.
111 Devonshire Street, Eighth Floor
Boston, MA 02109
(617) 728-0050
(617) 728-0052 (F)

Dated: August 31, 2005