AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Stonewall Insurance Company

v.

**SUMMONS IN A CIVIL ACTION**

XL Reinsurance America, Inc.   CASE NUMBER:

**05-11798 NG**

TO: (Name and address of Defendant)

XL Reinsurance Company, Inc.
100 Constitution Plaza
15th Floor
Hartford, CT 06103

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Kevin J. O'Connor, Esquire
Hermes, Netburn, O'Connor & Spearing, PC
111 Devonshire Street, 8th Floor
Boston, MA 02109

an answer to the complaint which is served on you with this summons, within  20  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

SARAH A. THORNTON

8-31-05

CLERK                                               DATE

(By) DEPUTY CLERK



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _Sinegory_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery  9/13/05 |
| 1. Article Addressed to:<br><br>XL Reinsurance America<br>Attention: Legal Department<br>100 Constitution Plaza, 15th Floor<br>Hartford CT 06103 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No |
|  | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7004 2510 0002 2376 9624 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540