UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| STONEWALL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>XL REINSURANCE AMERICA INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) No. 05-11798-NG<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF CHANGE OF ADDRESS

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please take notice that as of **October 31, 2005,** counsel for the Plaintiff, Stonewall Insurance Company, have moved to:

> 265 Franklin Street, Seventh Floor
> Boston, MA 02110-3113
> (617) 728-0050
> (617) 728-0052 – Fax

> **STONEWALL INSURANCE COMPANY,**
> By its attorneys,
>
>
> _____/s/ Kevin J. O'Connor_____
> Kevin J. O'Connor   BBO 555248
> Michael S. Batson   BBO 648151
> HERMES, NETBURN, O'CONNOR
>   & SPEARING, P.C.
> 265 Franklin Street, Seventh Floor
> Boston, MA 02110-3113
> (617) 728-0050
> (617) 728-0052 (F)

Dated: November 4, 2005

## CERTIFICATE OF SERVICE

I, Kevin J. O'Connor, hereby certify that on this 4th day of November, 2005, a copy of the foregoing document was served by electronic mail and first class, postage prepaid mail upon:

John B. Johnson<br>
Corrigan, Johnson & Tutor, P.A.<br>
141 Tremont Street<br>
Boston, MA 02111

_____
Kevin J. O'Connor

G:\DOCS\KJO\Cavell\XL DJ\Pleadings\Notice of Change of Address.doc