UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

STONEWALL INSURANCE COMPANY, )
    Plaintiff, )
  )
v. )  No. 05-11798NG
  )
  )  STIPULATION OF DISMISSAL
XL REINSURANCE AMERICA, INC. )
    Defendant. )

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate that all claims brought by Plaintiff Stonewall Insurance Company against Defendant XL Reinsurance America, Inc. may be dismissed with prejudice and without costs, waiving all rights of appeal.

Plaintiff Stonewall Insurance Company
by its attorney

*Kevin J. O'Connor*
Kevin J. O'Connor
Hermes, Netburn, O'Connor, & Spearing, P.C.
265 Franklin Street
7th Floor
Boston, MA 02110-3113
(617) 728-0050
BBO No. 555248

Defendant XL Reinsurance America, Inc.
by its attorney

*John B. Johnson*
John B. Johnson
Corrigan, Johnson & Tutor, P.A.
141 Tremont Street
Boston, MA 02111
(617) 338-0075
BBO No. 252580